FILED

2022 Jun-22 PM 02:27
U.S. DISTRICT COURT
N.D. OF ALABAMA

**TO THE DISTRICT COURT**  )   **RESTITUTION FOR SERVICE CANCELLATION**

   **OF ALABAMA**  )

**F I L E D**

APPELLEE:

JUNE AUG 1 6 2022

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA

**APPELLANT:**  )

**DENISE KAREN MCCAFFERREY**  )   **MAPLEBEAR INC. D/B/A INSTACART**

**IN PRO SE**  )

)

)   CASE NO. 5:22-cv-764-HNJ

To: The District Court of Alabama, Sharon Harris-Court Clerk

101 Holmes Avenue

Huntsville, AL 35801

Phone: (256) 534-6495


From: Denise K. McCafferrey, In Pro Se

16560 Hampton Lane

Athens, AL 35611

(256) 444-0963

Email: d.mccafferrey@yahoo.com


Regarding: Maplebear Inc. d/b/a Instacart

50 Beale Street, Suite 600

San Francisco, CA, 94105

Phone: (888) 246-7822

Legal Department Email Address: legal@instacart.com

**Guide for exhibits:**

Pg 10 – Exhibit A: Ripoffreport.com Complaints RE account Lock-out/Request for Driver's License

Pg 13 – Exhibit B: Instacart Community Guidelines for Customers

Pg 17 – Exhibit C: Email to Instacart Re Deactivation

Pg 22 – Exhibit D: Copy of Instacart's Response to Alabama Attorney General's Office

Pg 26 – Exhibit E: Attorney General's Office Letter Dated 02/10/2022 & 04/08/2022

Pg 29 – Exhibit F: Final Email Communication with Instacart

Pg 45 – Exhibit G: Bank Fraud-Identity Theft-18 US Code, Ch. 47, 1006 & 1028 Index Only

Pg 55 – Exhibit H: Financial Disputes – Found in My Favor

Pg 59 – Exhibit I: Instacart Email Re Disputed Charge

## STATEMENT OF JURISDICTION

In accordance with **Ala. Code, Title 12, Ch. 3. Sec. 12-3-10**, Appellate Jurisdiction of Court of Civil Appeals, which states: "The Court of Civil Appeals shall have exclusive appellate jurisdiction of all civil cases where the amount involved, exclusive of interests and costs, does not exceed $50,000, all appeals from "administrative agencies" other than The Alabama Public Service Commission, all appeals in worker's compensation cases, all appeals in domestic relations cases, including annulment, divorce, adoption, and child custody cases and all extraordinary writs arising in appeals in said cases. Where there is a recovery in the court below of any amount other than costs, the amount of such recovery shall be deemed to be the amount involved; otherwise, the amount claimed of detinue the alternate value of the property as found by the court or jury shall be deemed to be the amount involved."

## SOURCES OF LEGAL AUTHORITY

The **Sherman Anti-Trust Act (1890)** states in **Sec. 1** "Every contract, combination in the form of trust or other-wise, or conspiracy, in restraint of trade or commerce among the several States, or with foreign nations, is hereby declared to be illegal. Every person who shall make any such contract or engage in any such combination or conspiracy, shall be deemed guilty of a misdemeanor, and, on conviction thereof, shall be punished by fine not exceeding five thousand dollars, or by imprisonment not exceeding one year, or by both said punishments, at the discretion of the court."

The **Sherman Anti-Trust Act (1890)** states in **Sec. 2**, "Every person who shall monopolize, or attempt to monopolize, or combine or conspire with any other person or persons, to monopolize any part of the trade or commerce among the several States, or with foreign nations, shall be deemed guilty of a misdemeanor, and, on conviction thereof; shall be punished by fine not exceeding five thousand dollars, or by imprisonment not exceeding one year, or by both said punishments, at the discretion of the court."

The **Sherman Anti-Trust Act (1890)** states in **Sec. 4**, "The several circuit courts of the United States are hereby invested with jurisdiction to prevent and restrain violations of this act; and it shall be the duty of the several district attorneys of the United State, in their respective districts, under the direction of the Attorney-General, to institute proceedings in equity to prevent and restrain such violations. Such proceedings may be by way of petition setting forth the case and praying that such violation shall be enjoined or otherwise prohibited. When the parties complained of shall have been duly notified of such petition the court shall proceed, as soon as may be, to the hearing and determination of the case; and pending such petition and before final decree, the court may at any time make such temporary restraining order or prohibition as shall be deemed just in the premises."

The **Clayton Anti-Trust Act** states in **Sec 13(a)** "It shall be unlawful for any person engaged in commerce, in the course of such commerce, either directly or indirectly, to discriminate in price between different purchasers of commodities either directly or indirectly, to discriminate in price between different purchasers of commodities of like grade and quality, where either or any of the purchases involved in such discrimination are in commerce, where such commodities are sold for use, consumption, or resale within the United States or any Territory thereof or the District or any insular possession or other place under the jurisdiction of the United States, and where the effect of such discrimination may be substantially to lessen competition or tend to create a monopoly in any line of commerce, or to injure, destroy, or prevent competition with any person who either grants or knowingly receives the benefit of such discrimination or with customers of either of them: Provided, That nothing herein contained shall prevent differential which make only due allowance for differences in the cost of manufacture, sale, or delivery resulting from the differing methods or quantities in which such commodities are to such purchasers sold or delivered: Provided, however, That the Federal Trade Commission may, after due investigation and hearing to all interested parties, fix and establish quantity limits, and revise the same as it finds necessary, as to particular commodities or classes of

commodities, where it finds that available purchasers in greater quantities are so few as to render differentials on account thereof unjustly discriminatory or **promotive of monopoly in any line of commerce**; and the foregoing shall then not be construed to permit differentials based on differences in quantities greater than those so fixed and established: and provided further, That nothing herein contained shall prevent persons engaged in selling goods, **wares**, or merchandise in commerce from **selecting** their own **customer** in **bona fide transactions** and **not** in **restraint of trade**: And provided further, That nothing herein contained shall prevent price changes from time to time where in response to changing conditions affecting the market for or the marketability of the goods concerned, such as but not limited to actual or imminent deterioration of perishable goods, obsolescence of seasonal goods, distress sales under court process, or sales in good faith in discontinuance of business in the goods concerned."

The **Clayton Anti-Trust Act** states in **Sec 13(f)** "Knowingly inducing or receiving discriminatory price: It shall be unlawful for any person engaged in commerce, in the course of such commerce, knowingly to induce or receive a discrimination in price which is prohibited by this section."

## **STATEMENT OF THE CASE**

Instacart is a shopping and delivery service and they have no other competition in Limestone County, Alabama. In December 2021, my disagreement with Instacart began just prior to Christmas. I found myself, a 69-year-old disabled woman, in an unexpected position. I was not able to get out and run my own errands and thought I would try online order and delivery services. The very first order, an Instacart employee entered a HOLD against my Redstone Federal Credit Union (REDFCU) Visa account. Instacart could not reverse their aggressive action. Needing the grocery items, I believed I had no choice but to use my REDFCU debit card.

Instacart made a confusing mess out of my account's transaction history, i.e., charging a specific dollar amount, then reversing that amount only to perform the same activity for different amounts. I also noted that the Instacart charges were not visible in the PENDING transaction cycle, i.e., the charges just suddenly appeared on my transaction history and funds were withdrawn. Other charges were made against my checking account, i.e., a withdrawal of $3.53 for Flamenco Live Tokyo and $0.04 for an international convenience fee. In addition, REDFCU conducted an investigation on my behalf and determined that Instacart had over-billed my checking account. REDFCU issued a credit in the amount of $50.64. As of March 2022, I am still fighting to have REDFCU credit my checking account for another $147.81 as Instacart started to charge my checking account for a December 2021 order. Then once my REDFCU Visa account was taken off HOLD, Instacart charged my Visa account the entire amount for the same order. This indicates that Instacart did, in fact, retain my Visa account information after it was removed from their website.

I had to deal with the exact same issues with my Discover account. Instacart does not want to provide store receipts, they want the customer to get the receipt online from their website. When an Instacart shopper inadvertently left a store receipt with my grocery items, I started to check their online receipts and discovered that they had entered an inflated dollar amount as the store amount. I also discovered that the taxes were overstated and the fees were inconsistent with the amounts calculated during their online check-out process.

On one order, Instacart eliminated text messaging with the shopper, which I found out later they were told that I did not want to be contacted. On the following order, I inadvertently found the shopper messaging on Instacart's website. I had entered instructions on every item, they were not supposed to choose replacement items. The Instacart shopper was messaging me about all the replacements they were making, replacements that I absolutely did not want. I messaged them to stop but they abruptly ended the chat. The shoppers came to my home with the grocery items, but refused to provide the receipt. I told them that I was refusing the delivery. The shoppers eventually provided the receipt but when I left the doorway to scan the receipt into my computer, they placed heavy boxes out in front of the disability ramp and started to leave. One of the shoppers did bring the boxes to my door and assisted with bringing them inside the house. That shopper then entered an inflated store

amount into Instacart's online receipt. Just attempting to communicate with these shoppers, I was in tears and they were videotaping me until they left my driveway.

On another order, two different women were placed on the order, which was supposed to be delivered in the early afternoon time-frame. I did not receive the groceries until it was very late at night, they just placed the grocery items on the porch and left. They did not knock on the door, there was no receipt, and my neighbor told me he had given the women instructions to my home that day. On another order an Instacart employee cancelled the entire order and I was forced to reenter each item. An Instacart employee informed me that their Trust & Safety team was investigating me regarding suspicious activity. Instacart sent me an email asking me to fill out a form, which basically was a demand for a copy of my driver's license and credit card. Instacart has refused to reactivate my account, so I filed a complaint with the Alabama Attorney General's office (AGO). The AGO sent me the response that they received from Instacart.

Maplebear Inc. d/b/a Instacart wrote: "Complainant's accounts were deactivated due to reported issues with delivered orders. On February 2, 2022 in response to unusual account activity, a member of Instacart's Trust & Safety team reviewed Complainant's customer accounts. On February 2, 2022, a Trust & Safety team member notified Complainant by email that her accounts had been deactivated. Complainant was further notified that she could dispute the deactivation by submitting physical evidence or context to support the order issues." I went on Instacart's website and submitted the proof, the actual store receipts. The store receipts did not match Instacart's online receipt entry. Before I had a chance to collect all of the information on all of my orders, Instacart deleted most of the order history.

I did some research and found this website, www.ripoffreport.com. I entered Instacart's name to see if anyone else was experiencing the same difficulties that I was. The following is the documentation listed on www.ripoffreport.com:

Complaint# 1512015 is from an Instacart employee relaying a message that Instacart does not pay them tips. Complaint# 1495605 is from an Instacart employee that believed the company was a scam utilizing computer skills to corrupt their software. Complaint# 1494805 stated that Instacart rips off customers by charging extra and does not do a proper refund. Complaint# 1493165 was from a customer stating that they received a partial order but was charged for the entire amount, etc. The complaints against Instacart came from people all over the country, i.e., San Francisco, CA; (deactivated account) from Las Vegas, NV; Los Angeles, CA; various cities in Virginia; Madison, WI; New Port Beach, CA; St. Petersburg, FL; to name a few. One of the recent complaints, 1515614 submitted January 28, 2022, was from a woman in California. Like myself, Instacart cancelled her first order and she was also asked to provide her driver's license and credit card information.

Instacart has denied service to my home address and there is no other company to obtain this type of service. As a consequence, I have been forced to seek other shopping methods that are more

difficult physically and not financially advantageous. My shopping activity brought revenue to Instacart in the amount of approximately $500 per month. I would have continued to require this type of service for approximately another twenty years. This necessary service would have produced revenue for any company of this type in the amount of $120,000 over the next twenty years.

I recently learned that Instacart was settling a class action law suit for just under $11 million. Referring to, Groves et al. v. Maplebear, Inc. d/b/a Instacart docket# BC695401, which states: "The complaint alleged that Instacart violated federal and California labor laws in a number of ways by misclassifying employees as independent contractors, not reimbursing their business expenses, not paying wages and overtime, not providing meal and rest breaks, not providing accurate records of hours and pay, requiring false time statements, and improperly pooling tips, among other things."

## REQUESTED ACTION

I, Denise Karen McCafferrey, hereby request that the Court initiate an order to find in my favor that the appellant did in fact engage in deceptive business practices. That the Appellant be awarded restitution in the amount of $10,000,000.00 and the order be forwarded to the District Attorney's office for prosecution:

(1) Fraudulent charges against my financial institutions.
(2) Fraudulent freeze of one bank account to access another account.
(3) Unauthorized use of personal information.
(4) Duplicate billing of two (2) different accounts for the same order.
(5) Use of deception for the purpose of over-billing.
(6) Attempted theft reported to law enforcement.
(7) Abuse of and discrimination against a disabled senior citizen and stole social security funds.
(8) Deceptive statements to a state agency.
(9) Indiscriminately cancelled an order without authorization or provocation.

## ACTION FOR THE COURT

In accordance with Alabama code, **Section 12-19-71(10)(a)(b)(c),** Denise Karen McCafferrey hereby makes a request for a dispositive motion. I beg the Court's pardon if I do not have a complete understanding of the law as I have not been learned in this matter. It is my understanding that I am asking the Court to render a decision based on the information provided, a decision in my favor. I am asking for a sentencing decision based on the crimes committed against my person and my property, on this date, April 30, 2022.

"(10) Fifty dollars ($50) on a dispositive motion seeking: (a) a judgment on the pleadings pursuant to Rule 12(c), Alabama Rules of Civil Procedure; (b) a default judgment pursuant to Rule 55(b), Alabama Rules of Civil Procedure; or (c) a summary judgment pursuant to Rule 56, Alabama Rules of Civil Procedure, and filed by any party in a civil action of the district or circuit court, except for small claims cases where the amount in controversy does not exceed three thousand dollars ($3,000)."

# EXHIBIT A

**RIPOFFREPORT.COM COMPLAINTS RE: ACCOUNT LOCK-OUT/REQUEST DRIVER'S LICENSE**

**1** Author of original report

## Instacart locked me out and demanded my drivers license and credit card uploaded to their "secure" website.

**AUTHOR: Denise - (United States)**

SUBMITTED: Sunday, February 13, 2022

I spoke with a man at Instacart on 02/11/2022 regarding the lock-out condition on their website. The lock-out could not be removed and Kevin actually stated the reason. Instacart will not service me because I keep removing my credit card information. I did this because my financial institutions are still reversing Instacart's fraudulent charges against my personal accounts.

I was told that Instacart's Trust & Safety team was investigating me, due to continually removing my credit card information. I asked Instacart if they had a policy against generating orders from different stores and releasing them when I wanted them released. I was told that Instacart had no policy disallowing this activity. I asked Instacart if they had a policy against customers removing the credit card information from their website.

Again, I was told that Instacart did not have a policy against this activity either. I told Instacart that they had no right to my drivers license. Instacart proceeded to tell me to block the information they requested of me and submit what they asked me to do. I have filed a complaint with the Sheriff's department and the Alabama Attorney General's office. Instacart has a monopoly on the shop and deliver to people who cannot do this themselves. Did you hear what I just said? Instacart has no competition and they do not play well with others!

**Report: #**1515614

# Complaint Review: InstaCart - *California*

- **Submitted:** Fri, January 28, 2022

- **Updated:** Fri, January 28, 2022

- **Reported By:** Helena — **California** United States

## InstaCart.com Cancelled first order- Asking for photo of Credit Card California

I spent over an hour shopping for a friend in the hospital on so called "insta-Cart". I entered all CC info, personal info and they immediately cancelled my order!!! No reason- no validation-no explanation. I called

customer service three times and not one person spoke clear english nor could answer any of my questions. They all proceeded to argue with me and told me the safety team sent an me an email.

The email was a request for a full scan of my credit/debit Card with other personal information. I have placed other orders with instacart and was never asked any personal information as This nor was my first order cancelled. I believe i was hi jacked to a different site and asked for my CC picture for fraud purposes.

I have never been asked these things prior and no number for the safety team they said... very very strange. Please beware of this fraud- I had identity theft this past year, they are criminals!

This report was posted on Ripoff Report on 01/28/2022 01:48 PM and is a permanent record located here: https://www.ripoffreport.com/report/instacartdotcom/california-cancelled-first-1515614. The posting time indicated is Arizona local time. Arizona does not observe daylight savings so the post time may be Mountain or Pacific depending on the time of year. Ripoff Report has an exclusive license to this report. It may not be copied without the written permission of Ripoff Report. READ: Foreign websites steal our content

Click Here to read other Ripoff Reports on InstaCart


**Report: #1502709**

# Complaint Review: instacart - *san francisco california*

Submitted: Tue, December 08, 2020

I worked shopping for instacart. I worked for instacart over two weeks delivered many orders expected to be paid over $450 got $0. After I tried to talk to a instcart I was refered to a helpline, not in service.  1888 -- 247-7822 . Try it it has been used for over 10 months to confuse those who have been robbed. Then I got a hold of another rep who said I was owed 92 dollars !!!  But I could only recieve it from requesting it thru th App.  I tried to make sence of that to no avail.

   The problem here is Instacart robs thousands of workers worldwide . The government is baffled and do not give a fuck. No recourse is to be had by the victums.  So I am writing this complaint to WARN YOU OF THIS HIGH TECH THIEF operation. The world wide web is full of deciept fraud and exploitation.

# EXHIBIT B

**Instacart Community Guidelines for Customers**

# Instacart Community Guidelines for Customers

As an Instacart customer, you play an integral role in ensuring that we cultivate and preserve an environment built on a foundation of **Safety, Respect, and Integrity** for everyone on the platform.

**Safety:** Safety is our first priority. Every individual should feel comfortable, safe, and secure using the Instacart platform. We do not permit any activity that could create unsafe conditions or cause harm to others.

To ensure the highest levels of safety on the platform, we reserve the right to investigate and take action on any instances including, but not limited to, the following:

- Acts of violence or aggression including, but not limited to assault, violence/threats of violence, aggressive gestures, battery, abusive or threatening mental or verbal treatment, harassment, etc.

- Sexual conduct of any kind involving customers, contractors, or employees of retailers or Instacart while receiving or facilitating services on the platform.

- **Brandishing a weapon while receiving services unless state law expressly prohibits this restriction**.

- Failure to verify your identity while receiving services on the platform.

- Demanding shoppers enter a residence. Instacart shoppers are expected to deliver groceries to the customer at their desired address, but are never expected or required to enter the residence of a customer and reserve the right to decline the request.

**Respect:** From the aisles of the grocery store to customers' doors and everywhere in between, we strive to create and maintain a welcoming, inclusive, and respectful environment for everyone, at all times. Our expectation is simple: treat others the way you want to be treated.

As part of our continuous effort to promote respect on the platform, we reserve the right to investigate and take action on any instances including, but not limited to, the following:

- Discrimination of any kind on the basis of race, ethnicity, religion, gender or gender identity, age, marital status, sexual orientation, mental/physical condition or disability, age, profession, national origin or any other basis protected under applicable law.

- Vulgar, inappropriate, intrusive, harassing, abusive or unwanted language of any kind towards others, whether verbal or written. This includes, but is not limited to, asking overly personal questions of customers, contractors, retailer employees or Instacart employees. *Please note: Contact information*

*between shoppers and customers is anonymized when interacting through the Instacart app. You do not need to share your personal phone number or email. The Instacart app should not be used to communicate for issues other than order items, the status of an order, or the manner of delivery.*

- Unwanted physical contact or sexual conduct of any kind involving contractors, retail employees, or Instacart employees while receiving services.

- Intentional property damage or vandalism of any kind.

- Creating disturbances for the surrounding public (e.g. neighbors, co-workers, store employees, security guards, etc).

**Integrity:** Trust is a key ingredient in our recipe for success as a community. We expect all members of the Instacart community to be honest and to represent and conduct themselves in a way that fosters trust across the platform.

As part of our continuous effort to promote integrity on the platform, we reserve the right to investigate and take action on any instances including, but not limited to, the following:

- Violation of any local, state, or federal laws while engaging with the Instacart platform.

- Engaging in spam or phishing-related activity.

- Abuse and/or manipulation of referral, coupon, or appeasement offerings, loyalty programs, etc.

- Encouraging others to participate in fraud or to disrupt the integrity of the platform.

- Misrepresentation of identity/contact information or providing false information to internal teams during delivery.

- Instances of theft.

- Sharing or distributing personal information of customers, shoppers, retailers or Instacart employees. This includes taking screenshots of the Instacart app while displaying personally identifiable or sensitive information.

- Unauthorized use of Instacart's trademark or intellectual property.

- Providing inaccurate or fraudulent information to Instacart during the sign-up process or otherwise.

- **Holding duplicate accounts**.

**I do not believe I set up an account, but I do have 2 email addresses**

The Community Guidelines above are not comprehensive and Instacart reserves the right to suspend or deactivate customer, shopper or retailer accounts for other reasons as deemed necessary in Instacart's reasonable and good faith business judgment to ensure the safe and reliable operation of the platform.

If your customer account has been deactivated and you have new information or evidence to show it was in error, please submit your evidence through the form found **here**.

# Still need help?

Our Instacart Care team is here to help.

**Get help**

# Are you a Senior?

Contact our dedicated Senior Support Service if you need help getting started or with an existing order.

**1.844.981.3433**

# **EXHIBIT C**

**EMAIL TO INSTACART REGARDING DEACTIVATION**

**Help Center**

Search
Begin typing to search, use up and down keys to navigate, enter to select

**Russ**

# Email us

Need to report a problem with a previous order?
Email

guest_7b9390be7211cf905a60bf8fa4ed4ab7@example.com

Please reactivate my account in accordance with the statements made by the instacart legal
department of Maplebear Inc. to Sherri Richardson of the Alabama Attorney General's office. I quote
from Instacart's AGO response: "Complainant was further notified that she could dispute the
deactivation by submitting physical evidence or context to support the order issues." I submitted proof
that your digital receipts were over-inflated & made a demand to make a copy of the actual store
receipt. That fact does not make me in violation of Instacart's customer guidelines. I would like
Instacart to tell me what guidelines I violated, as requesting a copy of the store receipt is not part of
the customer guidelines!

I only have one account and one street address. I different email addresses and use the. I try to update
the customer profile information but was unable to do so. I also tried to enter my husband's name and
email address so that he can order things as he wishes. How does this make Denise and Russ
McCafferrey in violation of your customer guidelines?

Mr. & Mrs. itlaw@hotmail.com/mrsitlaw@yahoo.com

# Email us

Need to report a problem with a previous order?
Your request was submitted successfully! We will get back to you as soon as possible.

**Denise McCafferrey** <d.mccafferrey@yahoo.com>
To:Instacart Support,Denise Leone,Denise McCafferrey,Russell Calahan McCafferrey
Sat, Feb 5 at 9:33 AM
Dear Nicholas,

May I ask why my ability to order groceries has been **TERMINATED**?

Denise McCafferrey

On Wednesday, February 2, 2022, 02:53:38 PM CST, Instacart Support <help@instacart.com> wrote:



Hi Denise,

My name is Nick, and I am reaching out on behalf of the Executive Escalations
team here at Instacart. Thank you for reaching out.

We sent you an email on February 2, 2022, regarding the status of your account.
Please review and respond to this email from Trust & Safety for the next steps.

Thank you,

Nicholas
Instacart Care

# THERE IS NO EMAIL FROM INSTACART DATED FEBRUARY 2, 2022

**Denise Leone** <deniseleone884@yahoo.com>
To:legal@instacart.com,Denise Leone-McCafferrey,Russ McCafferrey
Sun, Feb 20 at 4:53 PM
Dear Instacart Legal Department,

I was informed that I should contact you regarding my account "lock-out" situation. Please refer to the chat details below!

I am also in receipt of a letter from the Alabama Attorney General's office (AGO), which reflects their correspondence from you, Maplebear Inc. This letter reads like a lot of rhetoric in an effort to schmooze *(to chat in a friendly and persuasive manner especially to gain favor, business, or connections)* the pants off the AGO. The bottom line is you have a monopoly, no other competitor, and it is the AGO's job to be the top prosecutor in this arena. I made my self very clear with my communications with the AGO, now it is your turn.

All I asked you people to do, is to remove the lock-out on my account so that I can get groceries. I am a 69-year-old disabled woman and span a number of protected classes. Please comply with my request and remove the lock-out condition of my account as deniseleone884@yahoo.com, and I will be appeased. Since your company treated a woman in California in the same manner you have treated me, I believe this would constitute interstate identity theft here in the great state of Alabama. Would you not agree?

My financial institution and credit card companies have already returned funds to my accounts that are considered fraudulent over-billing practices. Since they did their own investigations and took the appropriate action, I assume they will take care of business on their end!

You now have a public trust problem and what constitutes as banking fraud.

Denise Leone-McCafferrey


**Legal** <legal+noreply@instacart.com>
To:deniseleone884@yahoo.com
Sun, Feb 20 at 4:53 PM
This is an auto-generated email.
You have contacted Instacart's Legal Department.

Service is not accepted by email.
For information on how to serve legal documents see:
https://www.instacart.com/help/section/360007797972/360046803251

***General Inquiries and Requests: Non-legal inquiries received at this address will not be processed or forwarded.

If you are a customer, please select Contact Us at the bottom of any page in the Help Center (https://www.instacart.com/help/contact/method).

If you are a shopper, please contact Care via the Instacart Shopper app or respond directly to the email you received from the Trust and Safety Team.

--
Customer FAQS:
- For more information on canceling your Express membership: https://www.instacart.com/help/section/200761924#115005643043
- To report problems with your order: https://www.instacart.com/help/section/200761964#115005643343
- For questions on the temporary authorization hold: https://www.instacart.com/help/section/200758534#115005645806
- For more information on your receipt and charges: https://www.instacart.com/help/section/200761924#115005645866
- For subscription refunds and/or cancellations please email help@instacart.com
- For tax documents email: 1099@instacart.com

•

# EXHIBIT D

COPY OF INSTACART'S RESPONSE TO ALABAMA ATTORNEY GENERAL



**STATE OF ALABAMA**
**OFFICE OF THE ATTORNEY GENERAL**

**STEVEN T. MARSHALL**
ATTORNEY GENERAL

501 WASHINGTON AVENUE
P.O. BOX 300152
MONTGOMERY, AL 36130-0152
(334) 242-7300
WWW.AGO.ALABAMA.GOV

February 10, 2022

Denise K. McCafferrey
16560 Hampton Lane
Athens, AL 35611

*Re: Instacart, Inc.      Mid 226816-001*

Dear Mrs. McCafferrey:

    I have received the enclosed correspondence in response to your complaint. If the response is not satisfactory, you may want to consider contacting an attorney or filing a complaint in Small Claims Court. Though this office can contact a business on behalf of a consumer and attempt to mediate the dispute, the Attorney General does not have authority to adjudicate claims if the parties cannot agree on a resolution.

    Should you have further questions, you may contact me at

Sincerely,

Sherri Richardson

Sherri Richardson
Public Protection Specialist

Enclosure



Legal Department
Maplebear Inc. d/b/a Instacart
50 Beale Street, Suite 600
San Francisco, CA 94105

legal@instacart.com

February 9, 2022

VIA EMAIL sherri.richardson@alabamaag.gov

Sherri Richardson
Office of the Attorney General
501 Washington Avenue
Montgomery, AL 36130

**Re:    Denise McCafferrey**

To Whom It May Concern:

Maplebear Inc. d/b/a Instacart) is in receipt of the complaint filed by **Denise McCafferrey** ("Complainant").

Instacart operates a multi-sided technology and communications platform that provides an online grocery store experience for customers who wish to purchase grocery items from local retailers. Instacart customers select the retailer they wish to shop from, place their order, and may then elect to be connected with Instacart's personal shoppers who receive the order, shop their items from the designated retailer, and deliver them to the customer's home. Instacart customers can also choose to pick up their grocery orders from select local retailers.

Instacart is committed to accessibility for all users and employs reasonable efforts to ensure that the Instacart platform is compliant with WCAG 2.1 web accessibility standards. Instacart also provides a Senior Support Service, with a dedicated telephone line and a team of agents who specialize in setting up accounts and placing orders for customers who may need additional assistance.  A screen shot from Instacart's Help Center describing the Senior Support Service is attached as **Exhibit A** and is available at https://www.instacart.com/help/section/360067779372/360062331231.

Instacart is not a retailer or a grocery store, and it does not purchase or own any goods. The prices of items on Instacart are set by the retailer. A retailer may set prices of items similarly or differently on its online Instacart storefront than those same items are priced in-store. In addition, certain in-store sales and/or promotions may not be available on the retailer's online Instacart storefront. In some cases, retailers opt to markup items by a flat percentage to cover its cost of the Instacart service.

As disclosed at multiple places throughout the Instacart platform, prices of items on Instacart's marketplace may not be the same as the prices of those same items in-store. Consumers can always find a specific retailer's pricing information on that retailer's storefront page on Instacart. In addition to each storefront page, enclosed with this letter as **Exhibit B** is a screenshot from Instacart's Help Center page on pricing which is located at https://www.instacart.com/help/section/360027402751/360039672361. Instacart's Terms of Service (https://www.instacart.com/terms) also disclose that the prices of items may be different than prices offered for the same items in-store.

February 6, 2022
Page 2

When an order is placed, Instacart places a temporary authorization hold for an amount that is slightly higher than the expected amount of the order to ensure that the card used for purchase has sufficient funds to cover the cost of that order plus any additional items or order changes. Customers can access more information on the temporary authorization hold, attached as **Exhibit C** is a screenshot from Instacart's Help Center located at https://www.instacart.com/help/section/360007792/360029572371.

After an order is completed, customers receive a digital receipt. Because the retailer-set price of items on Instacart may differ from the prices in-store, a paper receipt does not apply to Instacart orders and is not always an accurate portrayal of what a customer may be charged on an order (e.g., it will not include any delivery fee, tip, service fees, or store markups if applicable). The prices that a customer sees from retailers on Instacart before and during checkout are the correct prices they will pay for those items.

*I demand a copy of the store receipt due to over-billing practices*

Access to the Instacart platform is subject to the Instacart Community Guidelines for Customers. Instacart reserves the right to remove or restrict account access for customers found to be in violation of these guidelines. Among other things, the guidelines prohibit fraud, misrepresentation, and abuse and/or manipulation of appeasement offerings. Screenshots from Instacart's Help Center page describing the guidelines and the guidelines themselves are attached as **Exhibit D** and are located at https://www.instacart.com/help/section/360007792/360049057279 and https://www.instacart.com/help/section/360007792/360044136912.

Complainant's accounts were deactivated due to reported issues with delivered orders. On February 2, 2022, in response to unusual account activity, a member of Instacart's Trust & Safety team reviewed Complainant's customer accounts. On February 2, 2022, a Trust & Safety team member notified Complainant by email that her accounts had been deactivated. Complainant was further notified that she could dispute the deactivation by submitting physical evidence or contact to support the order issues.

*\*Was not notified*
*had orders in system for*
*Aldi, Publix, + CVS*
*tried to force release of all*
*open orders when I tried to*
*release only one*
*- was told asked for ID + CC*

Pursuant to Instacart's Terms of Service, located at https://www.instacart.com/terms, which Complainant agreed to when creating an Instacart customer account, as explicitly stated in Section 1:

"In order to use the Services, you may need to create a user account. You agree that you are responsible for all conduct and transactions that take place on or using your account and that you will take precautions to keep your password and other account information secure. You also agree that you will comply with all applicable laws when accessing or using the Services and you will respect those who you encounter in your use of the Services, including Third Party Providers and Instacart personnel, including individuals who support Instacart's Help Center. Instacart reserves the right to decline orders, refuse partial or full delivery, terminate accounts, and/or cancel orders at any time in its sole discretion."

At this time, Instacart believes that this matter has been resolved and that no further action is necessary.

Please feel free to contact me should you have any questions or need more information.

Sincerely,

**Legal Department**
of MAPLEBEAR INC. (d/b/a Instacart)

**Enclosures**

*Dispute deactivation by submitting physical evidence to support order issues*

# EXHIBIT E

ATTORNEY GENERAL LETTER DATED 02/10/2022 & 04/08/2022



**STATE OF ALABAMA**
**OFFICE OF THE ATTORNEY GENERAL**

STEVEN T. MARSHALL
ATTORNEY GENERAL

501 WASHINGTON AVENUE
P.O. BOX 300152
MONTGOMERY, AL 36130-0152
(334) 242-7300
WWW.AGO.ALABAMA.GOV

February 10, 2022

Denise K. McCafferrey
16560 Hampton Lane
Athens, AL 35611

Re: _Instacart, Inc._     _Mid 226816-001_

Dear Mrs. McCafferrey:

I have received the enclosed correspondence in response to your
complaint. If the response is not satisfactory, you may want to consider
contacting an attorney or filing a complaint in Small Claims Court.
Though this office can contact a business on behalf of a consumer and
attempt to mediate the dispute, the Attorney General does not have
authority to adjudicate claims if the parties cannot agree on a resolution.

Should you have further questions, you may contact me at

Sincerely,

Sherri Richardson

Sherri Richardson
Public Protection Specialist

Enclosure



**STATE OF ALABAMA**
**OFFICE OF THE ATTORNEY GENERAL**

**STEVEN T. MARSHALL**
ATTORNEY GENERAL

501 WASHINGTON AVENUE
P.O. BOX 300152
MONTGOMERY, AL 36130-0152
(334) 242-7300
WWW.AGO.ALABAMA.GOV

April 8, 2022

Denise K. McCafferrey
16560 Hampton Lane
Athens, AL 35611

*Re: Instacart, Inc.   (226816-001)*

Dear Mrs. McCafferrey:

This office has received no additional communication pertaining to your complaint against the above-referenced company or individual. Because the individual/company has obviously indicated an unwillingness to cooperate with this office in its role as a mediator, the Attorney General does not have authority to pursue the matter further.   It is suggested that you may want to consult an attorney or consider filing a complaint in Small Claims Court.

I am sorry that due to the nature of this matter we cannot be of further assistance.

Sincerely,

Sherri Richardson

Sherri Richardson
Public Protection Specialist

# EXHIBIT F

FINAL EMAIL COMMUNICATION WITH INSTACART

Disputed Charge With Instacart₄
**Yahoo/Inbox**

**trustandsafety@instacart.com**

**Hello d.mccafferrey , Your Instacart experience is important to us. We're sorry if your order didn't meet your expectations. You recently disputed a charge for an order created on December 18, 2021 in the amount of $50.64 on the card ending in 1724. If this dispute was made in error, please follow up with your bank about it as soon as possible. Otherwise, there is no further action required and this message is just for informational purposes. Please let us know if you have any other questions. Best, I**

# Sat, Apr 9 at 6:50 AM

**Denise McCafferrey <d.mccafferrey@yahoo.com>**

**To:trustandsafety@instacart.com,Denise McCafferrey,Denise McCafferrey,Denise Leone,Redstone Federal Credit Union,Account Services,Card Disputes,Russell Calahan McCafferreyHide**

Dear Instacart,

That dispute was not an error! HOW DID YOU GET THE LAST FOUR (4) DIGITS OF MY DEBIT CARD REPLACEMENT?

I am not finished with you! You double billed for the Publix order in December 2021 and I am still working with my bank to returned another $147.81.

On December 19, 2021 you charged my debit card ending in 5568 the following amounts for the Publix order: 26.03, 104.03, 65.00, and 2.75. When you went to charge the final payment you charged my Visa account ending in 8829 a total of 289.09, but you NEGLECTED to reverse out the charges to my debit card ending in 5568. Someone used my debit card information to purchase something from Flamenco Live from Japan, Tokyo along with an international convenience fee. I had to have my debit card cancelled and it was replaced with the card ending in 1724.

I also have proof that you retained my Visa account information, you charged the entire amount to an account that had been deleted from your website! You locked me out and will not provide services to me, a 69-year-old DISABLED woman. You do not want the CUSTOMER to have the store receipt because your employees enter an inflated amount as the Instacart online receipt! YOU dare to indicate that I was in violation of guidelines. YOU basically indicated that I committed FRAUD, MISREPRESENTATION, and ABUSE and/or MANIPULATION of appeasement offerings!

AND, what did you tell the Alabama Attorney General's office (AGO)? You provide a Senior Support Service? To who? Anyone who does not know to question your over-billing practices? You indicated to the AGO that I was subject to you customer guidelines; that my account was deactivated due to reported issues with delivered orders due to unusual account activity; and that I could dispute the deactivation by submitting physical evidence to support the order issues; as well other nonsensical verbiage.

YOU attempted identity theft with your request for my driver's license and credit card! YOU took a picture on my computer and I would like to know how YOU did that! You said you wanted to scan my credit card, but I do not want that capability on my computer. You told the AGO that you had...rights! Instacart has a monopoly on their business sector, however, Shipt is moving in little by little. Unfortunately for me, Shipt does not want to expand to my location outside of Walgreens and CVS pharmacy. You LIED to the AGO! You backed out and locked out mrsitlaw.com AND reversed you initial charges! In essence, you are in violation on federal law!

Denise McCafferrey
(formerly LEONE at deniseleone884@yahoo.com)

**[Instacart Care] Re: Re: Verify your Instacart account**
**Yahoo/Instacart Shop & Deliver**

Instacart Support <help@instacart.com>

## To:mrsitlaw

# Tue, Mar 1 at 1:23 PM



Hi mrsitlaw,

I'm sorry your Instacart account is locked. I understand it's frustrating to not have access to your account.

Fill out this secure form to request for our Trust & Safety team to reactivate your account. Once you submit this form, a Trust & Safety representative will get back to you within 24–48 business hours.

If you can't access the form, clear the cookies on your browser and then select the link again. That should resolve the issue, but let me know if it doesn't.

Please note: if you already filled out the form, no need to do so again! Our Trust & Safety team is looking into your issue and will contact you with more information.

Best,

Galel
Instacart Care

*Have other questions? Visit the Instacart Help Center, where you can find resources and information 24 hours a day, seven days a week.*



Help Center | Privacy Policy

Thanks for your email₂
**Yahoo/Instacart Shop & Deliver**

- 

**Instacart Support <help@instacart.com>**

**To:mrsitlaw**

# Fri, Feb 25 at 3:14 PM



Thanks for reaching out to Instacart Care.

We appreciate your business - please expect to hear from our Instacart Care agents in the next 24 hours.

Please check the Help Center for answers to frequently asked questions or chat with us through the Instacart app. Have an urgent issue? Chat with an Instacart Care agent for assistance

Our teams are working around the clock to serve you during this busy time and we appreciate your patience.

Instacart Care

*Download the Instacart app from the App Store or Google Play.*
*You can reach Instacart Care 24/7 through the app and website.*

**Deni MC <mrsitlaw@yahoo.com>**

To:Instacart Support,deniseleone884@yahoo.com,d.mccafferrey@yahoo.com,itlaw@hotmail.com,sherri.richardson@alabamaag.gov

# Fri, Feb 25 at 3:26 PM

## **Help Center**

> **Instacart Help Center**
>
> **Get groceries delivered from local stores in two hours. Your first Delivery is free. Try it today! See terms**

**No camera is detected. If your device has a camera, try restarting it.**

**Account verification**

# **Scan the card below to unlock your account**

## **You'll use your device's camera to scan the card, so make sure you have good light.**

Discover
•••• •••• •••• **8802**

**Scan card**

Contact Trust & Safety

**You may need to give your browser access to the camera.**

Thanks for your email₂

- Instacart Support <help@instacart.com>

    To:mrsitlaw

## Fri, Feb 25 at 3:05 PM



**Thanks for reaching out to Instacart Care.**

**We appreciate your business - please expect to hear from our Instacart Care agents in the next 24 hours.**

**Please check the Help Center for answers to frequently asked questions or chat with us through the Instacart app. Have an urgent issue? <u>Chat with an Instacart Care agent for assistance</u>**

**Our teams are working around the clock to serve you during this busy time and we appreciate your patience.**

**Instacart Care**

**Download the Instacart app from the App Store or Google Play.**
**You can reach Instacart Care 24/7 through the app and website.**

Deni MC <mrsitlaw@yahoo.com>

**To:Instacart**
**Support,sherri.richardson@alabamaag.com,deniseleone884@yahoo.com,d.mccafferrey@**
**yahoo.com,itlaw@hotmail.com**

Fri, Feb 25 at 3:20 PM

**Help Center**

**No camera is detected. If your device has a camera, try restarting it.**

Account verification

# Scan the card below to unlock your account

**You'll use your device's camera to scan the card, so make sure you have good light.**

**Discover**
•••• •••• •••• 8802

**Scan card**

**Contact Trust & Safety**
**You may need to give your browser access to the camera.**

**On Friday,** February 25, 2022, 02:53:38 PM **CST, Instacart <no-reply@instacart.com> wrote:**



**Hi mrsitlaw, please verify your account to start shopping again.**

To maintain your account security, we lock access when we detect unusual activity.

To unlock your account, use the link below to verify the card used for your last order.

Thanks,

The Instacart Team

### Verify Account

**No Reply <no-reply+noreply@instacart.com>**

**To:mrsitlaw@yahoo.com**

Fri, Feb 25 at 3:05 PM

**Hi there,**

**Nobody is monitoring this email address, but that doesn't mean we're not here to help! Please check out our Help Center for answers to common questions, and/or to contact Customer Happiness.**

**https://www.instacart.com/help**

Your order update: delivery cancelled
**Yahoo/Instacart Shop & Deliver**

- 

**Instacart <orders@instacart.com>**

**To:mrsitlaw@yahoo.com**

Fri, Feb 25 at 2:53 PM



# Delivery order has been cancelled

Even though your delivery has been cancelled, you can still easily reorder you whole cart. Tap the link below to reorder your items.

**Reorder my cart**

Verify your email address₄
**Yahoo/Instacart Shop & Deliver**

- 

    **Instacart <no-reply@instacart.com>**

    **To:mrsitlaw@yahoo.com**

    Fri, Feb 25 at 2:20 PM



# Keep your account secure

**Please click the button below to confirm your email address so you can always access your account and receive important information from us.**



*If you did not make this change and believe your Instacart account has been compromised, please <u>contact support</u>.*

## Download Instacart for your phone

**All promotional offers and discounts subject to Instacart <u>terms</u>
<u>of service</u>. Service fees or tips may still apply.**

**Instacart**

**50 Beale St. Suite 600. San Francisco, CA 94105**

**web: https://www.instacart.com**

**7Instacart** https://www.instacart.com/decure_forms/account_verification

# Account verification

**Your account security is our top priority. Verify your account securely using the form below.**

**Instacart collects and maintains information as described in our <u>Customer Privacy Policy</u>, <u>Customer Terms of Service</u>, and <u>Shopper and Shopper Applicant Privacy Policy</u>. We collect and use personal and account information solely in accordance with these policies.**

**Email address**
**Enter the email associated with your Instacart account.**



# Attach valid goverment ID & credit card

**For security purposes: please block the document number and date of birth on your ID, and block everything but your name and the last 4 digits on your credit card. Military IDs cannot be accepted, and will be deleted immediately if submitted.**

 **Drag files here or click to add file**

# Account verification

**Thanks, we'll take it from here!**
**In most cases our Trust & Safety team will respond to you within 24 hours**.

3:40am 02/07/2022

I also have proof that you retained my Visa account information, you charged the entire amount to an account that had been deleted from your website! You locked me out and will not provide services to me, a 69-year-old DISABLED woman. You do not want the CUSTOMER to have the store receipt because your employees enter an inflated amount as the Instacart online receipt! YOU dare to indicate that I was in violation of guidelines. YOU basically indicated that I committed FRAUD, MISREPRESENTATION, and ABUSE and/or MANIPULATION of appeasement offerings!

AND, what did you tell the Alabama Attorney General's office (AGO)? You provide a Senior Support Service? To who? Anyone who does not know to question your over-billing practices? You indicated to the AGO that I was subject to you customer guidelines; that my account was deactivated due to reported issues with delivered orders due to unusual account activity; and that I could dispute the deactivation by submitting physical evidence to support the order issues; as well other nonsensical verbiage.

YOU attempted identity theft with your request for my driver's license and credit card! YOU took a picture on my computer and I would like to know how YOU did that! You said you wanted to scan my credit card, but I do not want that capability on my computer. You told the AGO that you had...rights! Instacart has a monopoly on their business sector, however, Shipt is moving in little by little. Unfortunately for me, Shipt does not want to expand to my location outside of Walgreens and CVS pharmacy. You LIED to the AGO! You backed out and locked out mrsitlaw.com AND reversed you initial charges! In essence, you are in violation on federal law!

Denise McCafferrey
(formerly LEONE at deniseleone884@yahoo.com)

# EXHIBIT G

**BANK FRAUD-IDENTITY THEFT-18 US CODE, CH.47,1006 & 1028 INDEX ONLY**

# 18 U.S. Code Chapter 47 - FRAUD AND FALSE STATEMENTS

- U.S. Code
- Notes

prev | next

1. § 1001. Statements or entries generally
2. § 1002. Possession of false papers to defraud United States
3. § 1003. Demands against the United States
4. § 1004. Certification of checks
5. § 1005. Bank entries, reports and transactions
6. § 1006. Federal credit institution entries, reports and transactions
7. § 1007. Federal Deposit Insurance Corporation transactions
8. [§§ 1008, 1009. Repealed. Pub. L. 101–73, title IX, §§ 961(g)(1), 962(a)(3), Aug. 9, 1989, 103 Stat. 500, 502]
9. § 1010. Department of Housing and Urban Development and Federal Housing Administration transactions
10.     § 1011. Federal land bank mortgage transactions
11.     § 1012. Department of Housing and Urban Development transactions
12.     § 1013. Farm loan bonds and credit bank debentures
13.     § 1014. Loan and credit applications generally; renewals and discounts; crop insurance
14.     § 1015. Naturalization, citizenship or alien registry
15.     § 1016. Acknowledgment of appearance or oath
16.     § 1017. Government seals wrongfully used and instruments wrongfully sealed
17.     § 1018. Official certificates or writings
18.     § 1019. Certificates by consular officers
19.     § 1020. Highway projects
20.     § 1021. Title records
21.     § 1022. Delivery of certificate, voucher, receipt for military or naval property
22.     § 1023. Insufficient delivery of money or property for military or naval service
23.     § 1024. Purchase or receipt of military, naval, or veteran's facilities property
24.     § 1025. False pretenses on high seas and other waters
25.     § 1026. Compromise, adjustment, or cancellation of farm indebtedness

26.      § 1027. False statements and concealment of facts in relation to documents required by the Employee Retirement Income Security Act of 1974

27.      § 1028. Fraud and related activity in connection with identification documents, authentication features, and information

28.      § 1028A. Aggravated identity theft

29.      § 1029. Fraud and related activity in connection with access devices

30.      § 1030. Fraud and related activity in connection with computers

31.      § 1031. Major fraud against the United States

32.      § 1032. Concealment of assets from conservator, receiver, or liquidating agent

33.      § 1033. Crimes by or affecting persons engaged in the business of insurance whose activities affect interstate commerce

34.      § 1034. Civil penalties and injunctions for violations of section 1033

35.      § 1035. False statements relating to health care matters

36.      § 1036. Entry by false pretenses to any real property, vessel, or aircraft of the United States or secure area of any airport or seaport

37.      § 1037. Fraud and related activity in connection with electronic mail

38.      § 1038. False information and hoaxes

39.      § 1039. Fraud and related activity in connection with obtaining confidential phone records information of a covered entity

40.      § 1040. Fraud in connection with major disaster or emergency benefits

# 18 U.S. Code § 1006 - Federal credit institution entries, reports and transactions

- U.S. Code
- Notes

prev | next

Whoever, being an officer, agent or employee of or connected in any capacity with the Federal Deposit Insurance Corporation, National Credit Union Administration, any Federal home loan bank, the Federal Housing Finance Agency, Farm Credit Administration, Department of Housing and Urban Development, Federal Crop Insurance Corporation, the Secretary of Agriculture acting through the Farmers Home Administration or successor agency, the Rural Development Administration or successor agency, or the Farm Credit System Insurance Corporation, a Farm Credit Bank, a bank for cooperatives or any lending, mortgage, insurance, credit or savings and loan corporation or association authorized or acting under the laws of the United States or any institution, other than an insured bank (as defined in section 656), the accounts of which are insured by the Federal Deposit Insurance Corporation, or by the National Credit Union Administration Board or any small business investment company, with intent to defraud any such institution or any other company, body politic or corporate, or any individual, or to deceive any officer, auditor, examiner or agent of any such institution or of department or agency of the United States, makes any false entry in any book, report or statement of or to any such institution, or without being duly authorized, draws any order or bill of exchange, makes any acceptance, or issues, puts forth or assigns any note, debenture, bond or other obligation, or draft, bill of exchange, mortgage, judgment, or decree, or, with intent to defraud the United States or any agency thereof, or any corporation, institution, or association referred to in this section, participates or shares in or receives directly or indirectly any money, profit, property, or benefits through any transaction, loan, commission, contract, or any other act of any such corporation, institution, or association, shall be fined not more than $1,000,000 or imprisoned not more than 30 years, or both.

18 U.S. Code § 1028 - Fraud and related activity in connection with identification documents, authentication features, and information

- <u>U.S. Code</u>
- <u>Notes</u>

<u>prev</u> | <u>next</u>

**(a)**Whoever, in a circumstance described in subsection (c) of this section—

**(1)**knowingly and without lawful authority <u>produces</u> an <u>identification document, authentication feature,</u> or a <u>false identification document</u>;

**(2)**knowingly <u>transfers</u> an <u>identification document, authentication feature,</u> or a <u>false identification document</u> knowing that such document or feature was stolen or produced without lawful authority;

**(3)knowingly possesses with intent to use unlawfully or <u>transfer</u> unlawfully five or more <u>identification documents</u> (other than those issued lawfully for the use of the possessor),<u> authentication features,</u> or <u>false identification documents</u>;**

**(4)**knowingly possesses an <u>identification document</u> (other than one issued lawfully for the use of the possessor),<u> authentication feature,</u> or a <u>false identification document</u>, with the intent such document or feature be used to defraud the United<u> States;</u>

**(5)**knowingly <u>produces</u>, <u>transfers</u>, or possesses a <u>document-making implement</u> or<u> authentication feature </u>with the intent such <u>document-making implement</u> or<u> authentication feature </u>will be used in the production of a <u>false identification document</u> or another<u> document-making implement </u>or<u> authentication feature </u>which will be so used;

**(6)**knowingly possesses an <u>identification document</u> or<u> authentication feature </u>that is or appears to be an <u>identification document</u> or<u> authentication feature </u>of the United<u> States </u>or a sponsoring entity of an event designated as a special event of national significance which is stolen or produced without lawful authority knowing that such document or feature was stolen or produced without such authority;

**(7)knowingly <u>transfers</u>, possesses, or uses, without lawful authority, a <u>means of identification</u> of another person with the intent to commit, or to aid or abet, or in connection with, any unlawful activity that constitutes a violation of Federal law, or**

## that constitutes a felony under any applicable State or local law; or

**(8)**knowingly traffics in false or actual authentication features for use in false identification documents, document-making implements, or means of identification;

shall be punished as provided in subsection (b) of this section.

**(b)**The punishment for an offense under subsection (a) of this section is—

**(1)**except as provided in paragraphs (3) and (4), a fine under this title or imprisonment for not more than 15 years, or both, if the offense is—

**(A)**the production or transfer of an identification document, authentication feature, or false identification document that is or appears to be—

**(i)**an identification document or authentication feature issued by or under the authority of the United States; or

**(ii)**a birth certificate, or a driver's license or personal identification card;

**(B)**the production or transfer of more than five identification documents, authentication features, or false identification documents;

**(C)**an offense under paragraph (5) of such subsection; or

**(D)**an offense under paragraph (7) of such subsection that involves the transfer, possession, or use of 1 or more means of identification if, as a result of the offense, any individual committing the offense obtains anything of value aggregating $1,000 or more during any 1-year period;

**(2)**except as provided in paragraphs (3) and (4), a fine under this title or imprisonment for not more than 5 years, or both, if the offense is—

**(A)**any other production, transfer, or use of a means of identification, an identification document,,[1] authentication feature, or a false identification document; or

**(B)**an offense under paragraph (3) or (7) of such subsection;

**(3)**a fine under this title or imprisonment for not more than 20 years, or both, if the offense is committed—

**(A)**to facilitate a drug trafficking crime (as defined in section 929(a)(2));

**(B)**in connection with a crime of violence (as defined in section 924(c)(3)); or

**(C)**after a prior conviction under this section becomes final;

**(4)**a fine under this title or imprisonment for not more than 30 years, or both, if the offense is committed to facilitate an act of domestic terrorism (as defined under section

2331(5) of this title) or an act of international terrorism (as defined in section 2331(1) of this title);

**(5)**in the case of any offense under subsection (a), forfeiture to the United States of any personal property used or intended to be used to commit the offense; and

**(6)**a fine under this title or imprisonment for not more than one year, or both, in any other case.

**(c)**The circumstance referred to in subsection (a) of this section is that—

**(1)**

the identification document, authentication feature, or false identification document is or appears to be issued by or under the authority of the United States or a sponsoring entity of an event designated as a special event of national significance or the document-making implement is designed or suited for making such an identification document, authentication feature, or false identification document;

**(2)**the offense is an offense under subsection (a)(4) of this section; or

**(3)**either—

**(A)**the production, transfer, possession, or use prohibited by this section is in or affects interstate or foreign commerce, including the transfer of a document by electronic means; or

**(B)**the means of identification, identification document, false identification document, or document-making implement is transported in the mail in the course of the production, transfer, possession, or use prohibited by this section.

**(d)**In this section and section 1028A—

**(1)**the term "authentication feature" means any hologram, watermark, certification, symbol, code, image, sequence of numbers or letters, or other feature that either individually or in combination with another feature is used by the issuing authority on an identification document, document-making implement, or means of identification to determine if the document is counterfeit, altered, or otherwise falsified;

**(2)**the term "document-making implement" means any implement, impression, template, computer file, computer disc, electronic device, or computer hardware or software, that is specifically configured or primarily used for making an identification document, a false identification document, or another document-making implement;

**(3)**the term "identification document" means a document made or issued by or under the authority of the United States Government, a State, political subdivision of a State, a sponsoring entity of an event designated as a special event of national significance, a foreign government, political subdivision of a foreign government, an international

governmental or an international quasi-governmental organization which, when completed with information concerning a particular individual, is of a type intended or commonly accepted for the purpose of identification of individuals;

**(4)**the term "false identification document" means a document of a type intended or commonly accepted for the purposes of identification of individuals that—

**(A)**is not issued by or under the authority of a governmental entity or was issued under the authority of a governmental entity but was subsequently altered for purposes of deceit; and

**(B)**appears to be issued by or under the authority of the United States Government, a State, a political subdivision of a State, a sponsoring entity of an event designated by the President as a special event of national significance, a foreign government, a political subdivision of a foreign government, or an international governmental or quasi-governmental organization;

**(5)**the term "false authentication feature" means an authentication feature that—

**(A)**is genuine in origin, but, without the authorization of the issuing authority, has been tampered with or altered for purposes of deceit;

**(B)**is genuine, but has been distributed, or is intended for distribution, without the authorization of the issuing authority and not in connection with a lawfully made identification document, document-making implement, or means of identification to which such authentication feature is intended to be affixed or embedded by the respective issuing authority; or

**(C)**appears to be genuine, but is not;

**(6)**the term "issuing authority"—

**(A)**means any governmental entity or agency that is authorized to issue identification documents, means of identification, or authentication features; and

**(B)**includes the United States Government, a State, a political subdivision of a State, a sponsoring entity of an event designated by the President as a special event of national significance, a foreign government, a political subdivision of a foreign government, or an international government or quasi-governmental organization;

**(7)**the term "means of identification" means any name or number that may be used, alone or in conjunction with any other information, to identify a specific individual, including any—

**(A)**name, social security number, date of birth, official State or government issued driver's license or identification number, alien registration number, government passport number, employer or taxpayer identification number;

**(B)**unique biometric data, such as fingerprint, voice print, retina or iris image, or other unique physical representation;

**(C)**unique electronic identification number, address, or routing code; or

**(D)**telecommunication identifying information or access device (as defined in section 1029(e));

**(8)**the term "personal identification card" means an identification document issued by a State or local government solely for the purpose of identification;

**(9)**the term "produce" includes alter, authenticate, or assemble;

**(10)**the term "transfer" includes selecting an identification document, false identification document, or document-making implement and placing or directing the placement of such identification document, false identification document, or document-making implement on an online location where it is available to others;

**(11)**the term "State" includes any State of the United States, the District of Columbia, the Commonwealth of Puerto Rico, and any other commonwealth, possession, or territory of the United States; and

**(12)**the term "traffic" means—

**(A)**to transport, transfer, or otherwise dispose of, to another, as consideration for anything of value; or

**(B)**to make or obtain control of with intent to so transport, transfer, or otherwise dispose of.

**(e)**This section does not prohibit any lawfully authorized investigative, protective, or intelligence activity of a law enforcement agency of the United States, a State, or a political subdivision of a State, or of an intelligence agency of the United States, or any activity authorized under chapter 224 of this title.

**(f)ATTEMPT AND CONSPIRACY.—**

Any person who attempts or conspires to commit any offense under this section shall be subject to the same penalties as those prescribed for the offense, the commission of which was the object of the attempt or conspiracy.

**(g)FORFEITURE PROCEDURES.—**

The forfeiture of property under this section, including any seizure and disposition of the property and any related judicial or administrative proceeding, shall be governed by the provisions of section 413 (other than subsection (d) of that section) of the Comprehensive Drug Abuse Prevention and Control Act of 1970 (21 U.S.C. 853).

**(h)FORFEITURE; DISPOSITION.—**

In the circumstance in which any person is convicted of a violation of subsection (a), the court shall order, in addition to the penalty prescribed, the forfeiture and destruction or other disposition of all illicit <u>authentication features</u>, <u>identification documents</u>, <u>document-making implements</u>, or <u>means of identification.</u>

## (i) RULE OF CONSTRUCTION.—

For purpose of subsection (a)(7), a single <u>identification document</u> or <u>false identification document</u> that contains 1 or more <u>means of identification</u> shall be construed to be 1 <u>means of identification.</u>

# **EXHIBIT H**

FINANCIAL DISPUTES & FOUND IN MY FAVOR

# Email us - INSTACART WEBSITE
# 12:38AM 2/23/22

Need to report a problem with a previous order?
Email

My account, deniseleone884@yahoo.com, was deactivated without any notification. I filed a complaint with the Alabama Attorney General's office regarding Instacart's over-billing practices. The Attorney General mailed me documents that included the following information: Complaintant could dispute the deactivation by submitting physical evidence to support the order issues. DISPUTES - DISCOVER

Resolved Disputes

Resolution Date 01/14/22 Description INSTACART*ALDI 8882467822 CAAmount **$12.06** Dispute # 998705992H

Current dispute status is

Dispute Date01/13/2022

Status Updates

02/19/2022

Dispute resolved in your favor.

This case was previously closed in your favor and an adjustment(s) were applied to your account. The time allowed for the merchant to request additional review of this decision has expired. As such, We consider this investigation to be complete.

Show Uploaded Documents

Resolution Date 01/13/22 Description INSTACART*ALDI 8882467822 CAAmount **$9.28** Dispute # 400081538X

Current dispute status is

Dispute Date01/07/2022

Status Updates

01/13/2022

Dispute resolved in your favor.

We are happy to notify you that this case has been resolved in your favor. A credit for the disputed amount will be applied to your account. Any interest or fees that may have been added you your account as a result of this issue have also been corrected. We consider this investigation to be complete. A letter confirming case resolution has been sent via email, mail, or secure message at Discover.com.

Show Uploaded Documents

Resolution Date 01/13/22 Description INSTACART*159 8882467822 CAAmount **$8.60** Dispute # 716708853B

Current dispute status is

Dispute Date01/06/2022

Status Updates

01/13/2022

Dispute resolved in your favor.

We are happy to notify you that this case has been resolved in your favor. A credit for the disputed amount will be applied to your account. Any interest or fees that may have been added you your account as a result of this issue have also been corrected. We consider this investigation to be complete. A letter confirming case resolution has been sent via email, mail, or secure message at Discover.com.

Show Uploaded Documents

Resolution Date 01/07/22 Description INSTACART*159 8882467822 CAAmount **$12.41** Dispute # 431939175U

Current dispute status is

Dispute Date01/06/2022

Status Updates

02/12/2022

Dispute resolved in your favor.

This case was previously closed in your favor and an adjustment(s) were applied to your account. The time allowed for the merchant to request additional review of this decision has expired. As such, We consider this investigation to be complete.

## Dispute History - Redfcu Visa Account

| Post Date | Dispute Date | Description | Amount | Reason for Dispute | Status |
|---|---|---|---|---|---|
| 1/27/2022 | 1/28/2022 | 2401134DB000QZZPP INSTACART*159 HTTPSINSTACARCA | | | **$2.04** |
| | Merchandise/ Service Not Received | | | Submitted | |
| 1/25/2022 | 1/26/2022 | 2401134D900097N3K INSTACART*ALDI HTTPSINSTACARCA | | | **$15.90** |
| | Merchandise/ Service Not Received | | | Submitted | |
| 12/22/2021 | 1/12/2022 | 2401134B3000ZVB0S INSTACART*159 HTTPSINSTACARCA | | | **$289.09** |
| | Duplicate Transaction | | Submitted | | |

## Note: This amount denied-unable to resolve the $147.81 dispute

| 12/28/2021 | Descriptive Deposit DEBIT CARD / DISPUTE PROVISIONAL CREDIT | $0.04 |
|---|---|---|
| 12/28/2021 | Descriptive Deposit DEBIT CARD / DISPUTE PROVISIONAL CREDIT | $3.53 |
| 12/28/2021 | Descriptive Deposit DEBIT CARD / DISPUTE PROVISIONAL CREDIT | $50.64 |

Instacart deactivated my account because I removed my payment information and I just proved it! Redstone Federal Credit Union and Discover both returned money to my accounts after THEY did THEIR investigation. There are still open disputes to RETURN more of MY money. Now, reactivate my account without further delay!

# EXHIBIT I

INSTACART EMAIL REGARDING DISPUTED CHARGE

Disputed Charge With Instacart₄

Yahoo/Inbox

On Saturday, April 9, 2022, 06:50 AM CDT, turstandsafety@instacart.com trustadsafety@instacart.wom wrote:

> ## Hello d.mccafferrey ,
>
> **Your Instacart experience is important to us. We're sorry if your order didn't meet your expectations. You recently disputed a charge for an order created on December 18, 2021 in the amount of $50.64 on the card ending in 1724. If this dispute was made in error, please follow up with your bank about it as soon as possible. Otherwise, there is no further action required and this message is just for informational purposes. Please let us know if you have any other questions. Best, I**

# Sat, Apr 9 at 6:50 AM

**Denise McCafferrey** <d.mccafferrey@yahoo.com>

To: trustandsafety@instacart.com,Denise McCafferrey,Denise McCafferrey,Denise Leone,Redstone Federal Credit Union,Account Services,Card Disputes,Russell Calahan McCafferreyHide

Dear Instacart,

That dispute was not an error! HOW DID YOU GET THE LAST FOUR (4) DIGITS OF MY DEBIT CARD REPLACEMENT?

I am not finished with you! You double billed for the Publix order in December 2021 and I am still working with my bank to returned another $147.81.

On December 19, 2021 you charged my debit card ending in 5568 the following amounts for the Publix order: 26.03, 104.03, 65.00, and 2.75. When you went to charge the final payment you charged my Visa account ending in 8829 a total of 289.09, but you NEGLECTED to reverse out the charges to my debit card ending in 5568. Someone used my debit card information to purchase something from Flamenco Live from Japan, Tokyo along with an international convenience fee. I had to have my debit card cancelled and it was replaced with the card ending in 1724.

I also have proof that you retained my Visa account information, you charged the entire amount to an account that had been deleted from your website! You locked me out and will not provide services to me, a 69-year-old DISABLED woman. You do not want the CUSTOMER to have the store receipt because your employees enter an inflated amount as the Instacart online receipt! YOU dare to indicate that I was in violation of guidelines. YOU basically indicated that I committed FRAUD, MISREPRESENTATION, and ABUSE and/or MANIPULATION of appeasement offerings!

AND, what did you tell the Alabama Attorney General's office (AGO)? You provide a Senior Support Service? To who? Anyone who does not know to question your over-billing practices? You indicated to the AGO that I was subject to you customer guidelines; that my account was deactivated due to reported issues with delivered orders due to unusual account activity; and that I could dispute the deactivation by submitting physical evidence to support the order issues; as well other nonsensical verbiage.

YOU attempted identity theft with your request for my driver's license and credit card! YOU took a picture on my computer and I would like to know how YOU did that! You said you wanted to scan my credit card, but I do not want that capability on my computer. You told the AGO that you had...rights! Instacart has a monopoly on their business sector, however, Shipt is moving in little by little. Unfortunately for me, Shipt does not want to expand to my location outside of Walgreens and CVS pharmacy. You LIED to the AGO! You backed out and locked out mrsitlaw.com AND reversed you initial charges! In essence, you are in violation on federal law!

Denise McCafferrey
(formerly LEONE at deniseleone884@yahoo.com)

# EXHIBIT J

EMAIL MESSAGE TO JASON BLACK AND JOSHUA MCLAUGHLIN – STRANGE MEN & SHERIFF DEPUTY ON PROPERTY JANUARY 23 & 24, 2022

## STRANGE MEN & SHERIFF DEPUTY ON PROPERTY JANUARY 23 & 24, 2022ₐ

Yahoo/County Commission

•

**Denise Leone** <deniseleone884@yahoo.com>

*To* Jason Black,Limestone County Sheriff's Department Joshua McLaughlin Sheriff,Denise Leone,Russ McCafferrey,Denise McCafferreyand 4 more...

Tue, Jan 25 at 11:55 AM

Dear Jason Black,

I am hoping to elicit a positive response from law enforcement with your assistance. On Sunday, 01/23/2022, two (2) men in a silver SUV came to my home. They quietly walked up my ramp to the front door and knocked softly. After the incident on 12/12/2021 when a man came to my home with a gun, these two men on the 23rd gave me chills. I did not go to the door, then I heard someone dragging my trash can from the street and places it off to the side of my disability ramp.

On Monday night, 01/24/2022, I was having serious issues with Instacart shoppers while trying to have groceries delivered to my home. At approximately 8:09pm my dogs started to bark. I looked out the window and saw that a vehicle was parked in my driveway near the North side of my house. I did not see anyone anywhere in the front of my home and the porch was well lite. After everything that has happened at my residence, I picked up my gun and opened the front door. This deputy came from the driver's side of my SUV, which is on the South side of my home. I did not even see him until he stepped toward the disability ramp. He saw my gun resting at my right side and ordered me to put the gun down. I turned and re-entered my home and placed the gun down. This deputy made some statement regarding an incident with someone who was trying to deliver something to me. If one of the Instacart shoppers called in a threat to do bodily harm with a gun, these women never stepped foot on my property. In my opinion, the call to the Sheriff's office would constitute rendering a false report to the Sheriff's office.

I saw the look on the deputy's face as he firmly gripped his gun and pointed it at me. I could have been killed, and that would have been a wrongful death. Please refer to the documentation below for the details you may need to assist me with the issue of people coming to my home with guns. I am not a criminal and hate being treated like one. I still cannot elicit an appropriate response from the Sheriff's office regarding the damage they did to my back door on 04/27/2021.

Sincerely,

Denise McCafferrey

16560 Hampton Ln

Athens, AL 35611 (256) 444-0963

Notice from Instacart6

Yahoo/Drafts

- 

    George (Support)

    ##- Please type your reply above this line -## Hi Denise, We're deactivating your Instacart account due to threats of violence against a shopper via chat on 1/24. Per Section 1 of Instacart's Terms of Service: You agree that you are responsible for all conduct and transactions that take place on or using your account and that you will take precautions to keep your password and other account information secure. You agree that you will comply with all applicable laws when accessing or using the Services a

    Mon, Jan 24 at 8:20 PM

- Denise Leone

    You do that George, Your shopper harassed me with over 36 text messages! Then she called the Limestone County Sheriff's department and swore out a false statement. The deputy told me that someone from Instacart claimed that I pulled a gun on her when she never stepped foot on my property! You need to remove your charges against my credit card immediately! Denise McCafferrey

    Mon, Jan 24 at 8:46 PM

- Denise Leone

    You do that George, Your shopper harassed me with over 36 text messages! Then she called the Limestone County Sheriff's department and swore out a false statement. The deputy told me that someone from Instacart claimed that I pulled a gun on her when she never stepped foot on my property! You need to remove your charges against my credit card immediately! Denise McCafferrey

Mon, Jan 24 at 8:46 PM

- Denise Leone

  Dear Instacart George, I do believe your company has made a grievous error in judgement. I repeated asked the shoppers to stop what they were doing as IT IS MY CIVIL RIGHT TO REFUSE SERVICES I BELIEVE TO BE FRAUDULENT IN NATURE. I repeatedly informed the shoppers that if they tried to deliver items I did not want that they would meet the Sheriff. I also told them I would run them off my property if they tried to deliver items I objected to. Your shoppers have behaved in such an abhorrent manner and were negligently unresponsive to my AGE and DISABILITIES. There are plenty of laws to protect a person in my position. Finally, I truly believe it would be in your best interest to review a record of the so-called chat between your shoppers and myself. Denise McCafferrey From Instacart 88648 on 01/24/2022 at 11:34am – "Your Aldi order for Jan 24 is confirmed. You can add or edit items until shopping begins. Use the app https://inst.cr/t/vvrlqmg1djhx or website https://inst.cr/t/mdg3ohzbu1p" From Instacart 46782 on 01/24/2022 at 12:07pm – "Your Publix order for Jan 24 is confirmed. You can add or edit items until shopping begins. Use the app https://inst.cr/t/neihzevda29i or website https://inst.cr/t/vutlejfhauzu" To Instacart 88648 on 01/24/2022 at 12:25pm - "What is this note on Aldi order 'If out of order, find best match?' You do not have that authority stop right now!" From Instacart 88648 on 01/24/2022 at 12:26pm - "Unfortunately we cannot complete your request via text message. Please visit Instacart.com or download the Instacart App to communicate with your shopper." From Instacart 88648 on 01/24/2022 at 1:28pm - "Instacart: Sorry, your Aldi order will now arrive by 4:00pm. You'll receive a notification for a $5 Instacart credit if your order is delivered later that 3:00pm. https://inst.cr/t/odi5uednt0l3" From Instacart 88648 on 01/24/2022 at 1:35pm - "Ida A just started shopping – we'll let you know if any item replacements need

Tue, Jan 25 at 5:43 AM

- Denise Leone <deniseleone884@yahoo.com>

  To:George (Support),Russ McCafferrey,Denise McCafferrey,Denise Leone

  Tue, Jan 25 at 5:43 AM

  Dear Instacart George,

I do believe your company has made a grievous error in judgement. I repeated asked the shoppers to stop what they were doing as IT IS MY CIVIL RIGHT TO REFUSE SERVICES I BELIEVE TO BE FRAUDULENT IN NATURE. I repeatedly informed the shoppers that if they tried to deliver items I did not want that they would meet the Sheriff. I also told them I would run them off my property if they tried to deliver items I objected to. Your shoppers have behaved in such an abhorrent  manner and were negligently unresponsive to my AGE and DISABILITIES. There are plenty of laws to protect a person in my position.

Finally, I truly believe it would be in your best interest to review a record of the so-called chat between your shoppers and myself.

Denise McCafferrey


**From Instacart 88648** on 01/24/2022 at **11:34am** – "Your Aldi order for Jan 24 is confirmed. You can add or edit items until shopping begins. Use the app https://inst.cr/t/vvrlqmg1djhx or website https://inst.cr/t/mdg3ohzbu1p"

**From Instacart 46782** on 01/24/2022 at **12:07pm** – "Your Publix order for Jan 24 is confirmed. You can add or edit items until shopping begins. Use the app https://inst.cr/t/neihzevda29i or website https://inst.cr/t/vutlejfhauzu"

**To Instacart 88648** on 01/24/2022 at **12:25pm** - "What is this note on Aldi order 'If out of order, find best match?' You do not have that authority stop right now!"

**From Instacart 88648** on 01/24/2022 at **12:26pm** - "Unfortunately we cannot complete your request via text message. Please visit Instacart.com or download the Instacart App to communicate with your shopper."

**From Instacart 88648** on 01/24/2022 at **1:28pm** - "Instacart: Sorry, your Aldi order will now arrive by 4:00pm. You'll receive a notification for a $5 Instacart credit if your order is delivered later that 3:00pm. https://inst.cr/t/odi5uednt0l3"

**From Instacart 88648** on 01/24/2022 at **1:35pm** - "Ida A just started shopping – we'll let you know if any item replacements need your approval. https://inst.cr/t/zeqytwrxztq5"

**To Instacart 88648** on 01/24/2022 at **1:48pm** - "No replacements everything I want is there no crap!"

**From Instacart 88648** on 01/24/2022 at **1:49pm** - "Ida A, your Instacart Shopper: got it thanks"

**From Instacart 46782** on 01/24/2022 at **2:07pm** – "Your Publix order for Jan 24 is confirmed. You can add or edit items until shopping begins. Use the app https://inst. Cr/t/nelhzevda29l or website https://inst.cr/t/vutlejfhauzu"

**From Instacart 88648** on 01/24/2022 at **2:19pm** - "Never Any! Fresh Antibiotic Free Chicken Tenderloins unfortunately they are currently out of chicken tender. But they do have the thin Sliced chicken breast. Would you like that or a refund for this product."

**To Instacart 88648** on 01/24/2022 at **2:23pm** - "You lie I checked do the job or get out I am fed up with the crap the customer is always right!"

**From Instacart 88648** on 01/24/2022 at **2:25pm** – "Never Any! Fresh Antibiotic Free Chicken Tenderloins I'm sorry I'm not lieing I asked and they are now sold out of both."

**From Instacart 88648** on 01/24/2022 at **2:26pm** – "Ida refunded: Never Any! Fresh Antibiotic Free Chicken Tenderloins. Reply "y" to approve this refund or see more options here: https://inst.cr/t/rhvneknmodli"

**To Instacart 88648** on 01/24/2022 at **2:26pm** – "Stop now just stop now!"

**From Instacart 88648** on 01/24/2022 at **2:27pm** – "I only have 1 item left on your order"

**To Instacart 88648** on 01/24/2022 at **2:29pm** – "Ida you bring me nothing get out now or I will run you off my land"

**To Instacart 88648** on 01/24/2022 at **2:30pm** – "Tuf"

**From Instacart 46782** on 01/24/2022 at **2:33pm** – "Courtney G just started shopping – we'll let you know if any item replacements need your approval. https://inst.cr/t/bhpomutczjl3"

**To Instacart 46782** on 01/24/2022 at **2:35pm** – "What is wrong you no replace I checked store"

**From Instacart 46782** on 01/24/2022 at **2:36pm** – "Courtney G, your Instacart shopper: This is your Instacart shopper Courtney, and I'm eggs-cited to get your order started! If you have any special requests or need to make changes, donut hesitate to ask. I'll be sure to let you know when I'm finished shopping. Until then, romaine calm and carrot on!"

**From Instacart 46782** on 01/24/2022 at **2:37pm** – "Nothing is wrong I send that to all customers"

**To Instacart 46782** on 01/24/2022 at **2:39pm** – "No replace & bring all & receipt first or go home"

**From Instacart 46782** on 01/24/2022 at **2:39pm** – "Okay and we keep receipts and you don't have to be a bitch."

**From Instacart 46782** on 01/24/2022 at **2:40pm** – "Publixs don't do paper receipts anymore. It's all been changed"

**From Instacart 46782** on 01/24/2022 at **2:41pm** – "I'm not gonna do anything to your order. I understand no replacements. I will be contacting Instacart to let them know about your bad attitude. If you can't trust the shoppers then you need to do your own shopping"

**To Instacart 46782** on 01/24/2022 at **2:43pm** – "Liar"

**From Instacart 46782** on 01/24/2022 at **2:43pm** – "I've been doing this for over a year. I know what I'm doing. Thank you"

**To Instacart 46782** on 01/24/2022 at **2:45pm** – "Liar & I know different"

**From Instacart 46782** on 01/24/2022 at **2:46pm** – "Okay whatever I'm not arguing with."

**To Instacart 46782** on 01/24/2022 at **2:46pm** – "You do that"

**To Instacart 46782** on 01/24/2022 at **2:47pm** – "Bite me!"

**To Instacart 46782** on 01/24/2022 at **2:49pm** – "I have my receipt stop & go home"

**From Instacart 46782** on 01/24/2022 at **2:52pm** – "Gladly"

**From Instacart 46782** on 01/24/2022 at **2:57pm** – "You will have to cancel on your end what allow me to cancel on my end"

**From Instacart 46782** on 01/24/2022 at **2:58pm** – "I'm putting your stuff back now"

**To Instacart 46782** on 01/24/2022 at **2:59pm** – "Do as I say or face the sheriff"

**To Instacart 88648** on 01/24/2022 at **2:59pm** – "

**From Instacart 88648** on 01/24/2022 at **3:49pm** – "have a good day"

**From Instacart 46782** on 01/24/2022 at **4:26pm** – "Instacart: Sorry, your Publix order will now arrive by 6:15pm. You'll receive a notification for a $5 Instacart credit if your order is delivered later than 5:30pm. https://inst.cr/t/zdi4rtnomwmo"

**From Instacart 46782** on 01/24/2022 at **5:14pm** – "I have just started shipping for your order."

**From Instacart 46782** on 01/24/2022 at **5:14pm** – "Shopping"

**To Instacart 46782** on 01/24/2022 at **5:15pm** – "Please give name"

**From Instacart 46782** on 01/24/2022 at **5:15pm** – "My name is Ambreal."

**From Instacart 46782** on 01/24/2022 at **5:34pm** – "The store does not have the requested product, Publix Premium Flat Cut Brisket. I even talked to the butcher and they are completely out. Is it okay if I refund you for the brisket"

**From Instacart 46782** on 01/24/2022 at **5:37pm** – "Ambreal replaced: Scotties Facial Tissue, 2-Ply, Everyday Comfort, 4 Pack with Scotties Facial Tissue, 2 Ply. Reply "Y" to approve this replacement or see more options here: https://inst.cr/t/thrwymw1skxb"

**From Instacart 46782** on 01/24/2022 at **5:37pm** – "They are put of the 4 pack of scottie but they do have individual"

**From Instacart 46782** on 01/24/2022 at **5:37pm** – https://inst.cr/t/zddonfb2egzq

**From Instacart 46782** on 01/24/2022 at **5:40pm** – "Ambreal refunded: Publix Premium Flat Cut Brisket. Reply "Y" to approve the last item refund, reply "A" to approve all previous order changes, or see more options here: https://ist.cr/t/thrwymw1skxb"

**To Instacart 46782** on 01/24/2022 at **5:40pm** – "How about corned beef brisket ask them"

**From Instacart 46782** on 01/24/2022 at **5:40pm** – "Yes ma'am I will ask."

**From Instacart 46782** on 01/24/2022 at **5:42pm** – "They do have the corned beef brisket"

**To Instacart 46782** on 01/24/2022 at **5:42pm** – "Y"

**From Instacart 46782** on 01/24/2022 at **5:42pm** – "Ambreal was notified that the refund was approved."

**To Instacart 46782** on 01/24/2022 at **5:43pm** – "No"

**To Instacart 46782** on 01/24/2022 at **5:44pm** – "No"

**From Instacart 46782** on 01/24/2022 at **5:44pm** – "You don't want the corned beef?"

**From Instacart 46782** on 01/24/2022 at **5:44pm** – "Yes ma'am"

**To Instacart 46782** on 01/24/2022 at **5:45pm** – "Name"

**From Instacart 46782** on 01/24/2022 at **5:45pm** – http://inst.cr/t/tzkxeenuawuw

**From Instacart 46782** on 01/24/2022 at **5:45pm** – "They only have fragrance free. Would you like those?"

**To Instacart 46782** on 01/24/2022 at **5:47pm** – "Bite me do not bring me your crap"

**To Instacart 46782** on 01/24/2022 at **5:48pm** – "Stop now"

**To Instacart 46782** on 01/24/2022 at **5:50pm** – "Stop & go home"

**From Instacart 46782** on 01/24/2022 at **5:51pm** – "Ambreal refunded: Pampers Baby Wipes Baby Fresh Scented. Reply "Y" to approve the last item refund, reply "A" to approve all previous order changes, or see more options here: https://inst.cr/t/thrwymw1skxb"

**From Instacart 46782** on 01/24/2022 at **5:51pm** – "I'm sorry. Do you not want the order?"

**To Instacart 46782** on 01/24/2022 at **5:52pm** – "You come you meet sheriff"

**To Instacart 46782** on 01/24/2022 at **5:53pm** – "Up yours"

**From Instacart 46782** on 01/24/2022 at **5:55pm** – "I'm not being rude to you ma'am. Please do not be rude to me."

**From Instacart 46782** on 01/24/2022 at **5:56pm** – "Instacart: Your delivery was rescheduled for Tomorrow by 1pm. http://inst.cr/t/ofzsv3hzmwt5"

**To Instacart 46782** on 01/24/2022 at **5:58pm** – "You say I am rude! You will not get paid"

**From Instacart 46782** on 01/24/2022 at **5:59pm** – "Unfortunately we cannot complete your request via text message. Please visit Instacart.com or download the Instacart App to communicate with your shopper. "

**To Instacart 46782** on 01/24/2022 at **5:59pm** – "Really"

**From Instacart 46782** on 01/24/2022 at **5:59pm** – "Unfortunately we cannot complete your request via text message. Please visit Instacart.com or download the Instacart App to communicate with your shopper."

**From Instacart 88648** on 01/24/2022 at **7:28pm** – "The store does not carry the requested product, Crimini (Brown) Mushroom Package. I've spoken to the manager and she has stated this message"

**From Instacart 88648** on 01/24/2022 at **7:29pm** – "they only have these mushrooms."

**From Instacart 88648** on 01/24/2022 at **7:30pm** – I received a media text but refused to download it

**From Instacart 88648** on 01/24/2022 at **7:35pm** – "Ma'am I am not trying to harm you in any way..I promise I'm Not.."

**From Instacart 88648** on 01/24/2022 at **7:35pm** – "I have sent you photos of the items that they have.."

**From Instacart 88648** on 01/24/2022 at **7:41pm** – "Ma'am please stop Messaging me."

**To Instacart 88648** on 01/24/2022 at **7:49pm** – "You stop you are done"

**From Instacart 88648** on 01/24/2022 at **7:50pm** – This message contained what looks like 4 rectangles, are these supposed to be butt cheeks?

**To Instacart 88648** on 01/24/2022 at **7:51pm** – "Bite me"

**From Instacart 88648** on 01/24/2022 at **8:02pm** – "Please cancel order. It wll not do it for me"

**To Instacart 88648** on 01/24/2022 at **8:08pm** – "I have a gun buz off"

**From Instacart 88648** on 01/24/2022 at **8:08pm** – "CANCEL ORDER PLEASE!"

**To Instacart 88648** on 01/24/2022 at **8:09pm** – "Buzz off"

**From Instacart 88648** on 01/24/2022 at **8:09pm** – "Brittany refunded: Crimini (Brown) Mushroom Package. Reply "Y" to approve this refund or see more options here: https://inst.cr/t/rhvneknmodli"

**From Instacart 88648** on 01/24/2022 at **8:10pm** – "Brittany refunded: Happy Harvest Tomato Paste. Reply "Y" to approve the last item refund, reply "A" to approve all previous order changes, or see more options here: https://inst.cr/t/rhvneknmodli"

**Note**: Approximately at this time +/- 8:10pm, my dogs started barking and when I looked outside there was a vehicle in my driveway. It was turned toward the North side of the house near the septic tank. I went to see who was at my home when a Sheriff's deputy came toward the ramp from the driver's side of my SUV. I did not see him until he approached the disability ramp. He saw that I had my gun in my right hand lowered and pointed at the ramp. He then raised his gun and ordered me to put the gun down. I turned to walk back into the house to set the gun down. This deputy made a comment about me threatening someone with my gun, someone who was supposed to made a delivery for me. I told him that no one had been on my property or my home, and I was not expecting a delivery at this time of night. I ordered the deputy to get off my property, to get off my land. Then I proceeded to bellow regarding the deputy involved incident that occurred at my home on April 27, 2021. Deputies literally broke into my home and man-handled a 68-year-old disabled woman and I was livid. The deputy eventually made some comment about so long as I was alright… I continued to order him off my land and he did pull out and left my driveway. On December 12, 2021 a man came to my home, quietly walked up my ramp, the dogs did not even bark. This man went up to or in front of my door. He did not knock. This was peculiar to me. I did not leave the room I was sitting in. Then I saw this man quietly walk back down my disability ramp and he was holding a gun in his right hand. To my knowledge, no one has done any investigation. I really did not want to report this incident to the Sheriff's office due to unresolved issued in the past years. However, I had been conversing with Jason Black, County Commission representative for my district. I told Jason about the incident, he seemed somewhat concerned, and told me that he would speak to the Sheriff the next day. He also stated that he would speak to the District Attorney's office. To my knowledge, no one appears to have conducted an investigation or taken any law enforcement action regarding this incident.

**Comment regarding the remaining text messages:** From 8:10pm to 8:20pm, Brittany sent around 37 text messages to "refund" approximately 35 or so items on my Aldi order. Brittany's final message was, **"Instacart order update: your order has been cancelled. Easy reorder in just one tap. Instacart and httpe://inst.cr/t/otg3vkvnnthn. As well as a text message that simply said "Done."**

I also received an email from Instacart telling my that my access to their online order website has been terminated due to a threat to commit violence against employees who never stepped foot on my property. I firmly believed these so-called shoppers had no intention and trusted the shopping ended at 8:09pm on 0/24/2022.

I no longer have access to request deliveries but Instacart left a wake of financial destruction in their path. I have no idea how long it will take my financial institutions to resolve the fraud cases and transaction disputes.


# MCCAFFERREY, DENISE

Account Number ending in 8829

**Dispute Transactions**

To dispute a transaction, please click here for a list of transactions from your previous statements. If you do not see the transaction in the list, please contact 800-234-1234 for a summary of available options.

If your dispute is with a merchant, you must first attempt to return your merchandise and seek a refund from the merchant.

If these steps have been followed, please proceed with submitting a Transaction Dispute. You will be notified by email at submission and upon solution.

View Transactions

# Dispute History

| Post Date | Dispute Date | Description | Amount | Reason for Dispute | |
|---|---|---|---|---|---|
| 12/22/2021 | 1/12/2022 | 2401134B3000ZVB0S INSTACART*159 HTTPSINSTACARCA | **$289.09** | Duplicate Transaction | |

This is a **HUGE** example as the entire **289.09** has to be refunded for this **12/19/2021** Instacart store order, Publix to be exact. Instacart entered a financial hold on my credit card account and I believed I was given no choice but to provide my Debit card information. This Publix order was charged to my account under the reference to Aldi. More than **$50** was returned to my account and other fraudulent charges that occurred at this time also had to be credited to my account and the Fraud department opened a couple of cases. The surprising part regarding these transactions it that they appeared to have by-passed the "**Pending**" cycle.

The only way Instacart could have made this fraudulent transaction was if they withheld my credit card information so they could post to this account after Redstone Federal Credit Union **(REDFCU)** cleared the account for future activity. **THIS IS OUTRIGHT FRAUD!** Instacart charged to separate accounts for the same Publix order. Instacart may not have known that the shopper was kind enough to allow me to scan the Publix receipt into my computer, which was then sent to REDFCU **fraud team**.

One of the Instacart shoppers entered an inflated amount as the store receipt amount. Did she forget that she gave me the receipt and left my property? Instacart is famous for forcing customers to review the receipt on their website. I needed to see what all the charges were and could not believe what was done. After all, the shopper took a picture of the receipt before she handed it to me.

**Denise Leone**

Dear Jason Black,

I am hoping to elicit a positive response from law enforcement with your assistance. On Sunday, 01/23/2022, two (2) men in a silver SUV came to my home. They quietly walked up my ramp to the front door and knocked softly. After the incident on 12/12/2021 when a man came to my home with a gun, these two men on the 23rd

gave me chills. I did not go to the door, then I heard someone dragging my trash can from the street and places it off to the side of my disability ramp.

On Monday night, 01/24/2022, I was having serious issues with Instacart shoppers while trying to have groceries delivered to my home. At approximately 8:09pm my dogs started to bark. I looked out the window and saw that a vehicle was parked in my driveway near the North side of my house. I did not see anyone anywhere in the front of my home and the porch was well lite. After everything that has happened at my residence, I picked up my gun and opened the front door. This deputy came from the driver's side of my SUV, which is on the South side of my home. I did not even see him until he stepped toward the disability ramp. He saw my gun resting at my right side and ordered me to put the gun down. I turned and re-entered my home and placed the gun down. This deputy made some statement regarding an incident with someone who was trying to deliver something to me. If one of the Instacart shoppers called in a threat to do bodily harm with a gun, these women never stepped foot on my property.

In my opinion, the call to the Sheriff's office would constitute rendering a false report to the Sheriff's office. I saw the look on the deputy's face as he firmly gripped his gun and pointed it at me. I could have been killed, and that would have been a wrongful death. Please refer to the documentation below for the details you may need to assist me with the issue of people coming to my home with guns.

I am not a criminal and hate being treated like one. I still cannot elicit an appropriate response fro

Tue, Jan 25 at 11:57 AM


• 

**Denise Leone**

Dear Jason Black,

I did not mention that my debit card had to be cancelled and a new one issued as it was compromised by Instacart employees. There was one other fraudulent transaction from a Walmart employee who used my Discover card to charge $98 for a membership fee. Please refer to the documentation below for the details.

Sincerely,

Denise McCafferrey

Denise McCafferrey <d.mccafferrey@yahoo.com> To:Denise Leone Tue, Jan 25 at 12:43 PM Hide original message ----- Forwarded Message ----- From: Denise McCafferrey <d.mccafferrey@yahoo.com> To: Discover Card <discover@services.discover.com>; Denise McCafferrey <d.mccafferrey@yahoo.com>; Denise Leone <deniseleone884@yahoo.com> Sent: Saturday, January 22, 2022, 11:54:10 PM CST Subject: Re: Regarding the Status of your Fraud Dispute

Dear Discover,

I found the guilty culprit that tried to charge my credit card without my authorization. Walmart's website would not allow me to remove my credit card payment information. I was making purchases as a guest, for whatever reason. Some bozo at Walmart tried to use my card for some stupid membership with them. See below! Denise McCafferrey Dear Walmart, SHAME ON YOU!!!! You did not have my permission to bill my credit card for a $98.00 membership fee!!!! Discover declined the charge and now I have to suffer for what you did!!!! I wanted to delete my card information because I do not want it left out there on your website-----DO YOU UNDERSTAND WHAT I AM SAYING TO YOU?????????? I DO NOT WANT YOUR SKANKY MEMBERSHIP---I WOULD NEVER PAY $98.00 FOR A MEMBERSHIP AT WALMART. IF I WANT TO PAY FOR A MEMBERSHIP IT WOULD BE WITH COSTCO-----NOT YOU! AS FAR AS I AM CONCERNED----THAT CARD NUMBER CAN STAY ON YOUR WEBSITE BECAUSE IT IS NO LONGER ANY GOOD!!!!!!!!!!!!!!!!!!!!!!!!!!!! HOW DARE YOU!!!!!!!!!!!!!!!!!!!!!!!!!!!!

Denise McCafferrey

On Saturday, January 22, 2022, 12:43:10 AM CST, Walmart+ <help@walmart.com> wrote: Your Walmart+ membership payment was unsuccessful Hi Denise, We tried renewing

Tue, Jan 25 at 12:47 PM

- 

**Denise Leone** <deniseleone884@yahoo.com>

To Jason Black,Limestone County Sheriff's Department Joshua McLaughlin Sheriff,Russ
McCafferrey,Denise McCafferrey,April Innes,Chelsey M Romine,James E Clem,Alabama Ethics
Commission,Denise LeoneHide

Tue, Jan 25 at 12:49 PM

Dear Jason Black,

I did not mention that my debit card had to be cancelled and a new one issued as it was
compromised by Instacart employees.

There was one other fraudulent transaction from a Walmart employee who used my
Discover card to charge $98 for a membership fee. Please refer to the documentation
below for the details.

Sincerely,


Denise McCafferrey


Denise McCafferrey <d.mccafferrey@yahoo.com>

To:Denise Leone

Tue, Jan 25 at 12:43 PM

Hide original message

----- Forwarded Message -----

**From:** Denise McCafferrey <d.mccafferrey@yahoo.com>

**To:** Discover Card <discover@services.discover.com>; Denise McCafferrey
<d.mccafferrey@yahoo.com>; Denise Leone <deniseleone884@yahoo.com>

**Sent:** Saturday, January 22, 2022, 11:54:10 PM CST

**Subject:** Re: Regarding the Status of your Fraud Dispute

Dear Discover,

I found the guilty culprit that tried to charge my credit card without my authorization. Walmart's website would not allow me to remove my credit card payment information. I was making purchases as a guest, for whatever reason. Some bozo at Walmart tried to use my card for some stupid membership with them. See below!

Denise McCafferrey


Dear Walmart,

SHAME ON YOU!!!! You did not have my permission to bill my credit card for a $98.00 membership fee!!!! Discover declined the charge and now I have to suffer for what you did!!!! I wanted to delete my card information because I do not want it left out there on your website-----DO YOU UNDERSTAND WHAT I AM SAYING TO YOU??????????

I DO NOT WANT YOUR SKANKY MEMBERSHIP---I WOULD NEVER PAY $98.00 FOR A MEMBERSHIP AT WALMART.

IF I WANT TO PAY FOR A MEMBERSHIP IT WOULD BE WITH COSTCO-----NOT YOU! AS FAR AS I AM CONCERNED----THAT CARD NUMBER CAN STAY ON YOUR WEBSITE BECAUSE IT IS NO LONGER ANY GOOD!!!!!!!!!!!!!!!!!!!!!!!!!!

HOW DARE YOU!!!!!!!!!!!!!!!!!!!!!!!!!

Denise McCafferrey




On Saturday, January 22, 2022, 12:43:10 AM CST, Walmart+ <help@walmart.com> wrote:


# Your Walmart+ membership payment was unsuccessful

**Hi Denise,**

We tried renewing your Walmart+ membership today, but we've run into a problem. Your payment method was declined. Don't worry, we'll try to process your payment again in the next few days.

We value your relationship with us and we've given you an extension so that you can continue enjoying your benefits while we work to get membership renewed.

Here's an overview for your records:

Issue: **Payment Declined**
Selected Plan: **Annual**
Payment amount: **$98** + applicable tax

We request you to maintain a valid payment method in your account to avoid cancellation.

On Saturday, January 22, 2022, 09:50:43 PM CST, Discover Card
<discover@services.discover.com> wrote:

**DISCOVER**

Access My Accoul

Account number ending in 317

Dear Denise K McCafferrey,

Based on our recent conversation about unrecognized activity on your account ending in 3178 we've opened a fraud dispute to review your case. No further action is required of you as it relates to the review at this time. We will contact you if we need any other information during the course of our review.

**In the meantime:**

•You can continue to access your account online with your User ID and password.

•Your new card(s) will be delivered in an unmarked envelope in 1-2 business days if you requested overnight delivery, or 3-9 business days for standard shipping.

•Activate and sign your new card(s) right away.

•Contact and provide your new account information to any merchant that bills your Discover card automatically, or that stores your card information, such as: cable/Internet providers, online shopping sites, fitness clubs, or childcare services.

**About your account:**

•The transaction(s) in question and any related fees will be credited back to your account within 3 to 10 days.

•All pending and scheduled payments tied to your old account will be transferred automatically to your new account.

•During our review, if we determine that the credited activity was conducted by an authorized party, you will be notified and the credit(s) will be reversed.

To find answers to common questions about fraud on your account, visit Discover.com/Fraud. You may also call us at 1-800-347-3085 or at the number on the back of your card.

Sincerely,
Customer Protection Services
Discover Card



Add discover@service.discover.com to your address book to ensure delivery of the

e-mails. See ways to help identify Discover

e-mails by visiting our email security page.

IMPORTANT INFORMATION

This e-mail was sent to: d.mccafferrey@yahoo.com for account number ending w

You are receiving this e-mail because you are a Discover Cardmember.
Please do not reply to this email as we are not able to respond to messages sent

to this address.
DISCOVER and other trademarks, logos and service marks used in this e-mail

are the trademarks of Discover Financial Services

or their respective third-party owners.

Discover Products Inc., P.O. Box 30943, Salt Lake City, UT 84130-0943

© 2021 Discover Bank, Member FDIC

INV-100499

17782945211

Show original message

_____

Petitioner: DENISE KAREN LEONE-MCCAFFERREY

## **STATE OF ALABAMA**

## **COUNTY OF LIMESTONE**

Subscribed to and sworn before me this_____ day of _____, 2021

Notary Public_____

My Commission Expires: _____

Petitioner: DENISE KAREN LEONE-MCCAFFERREY

**STATE OF ALABAMA**

**COUNTY OF LIMESTONE**

Subscribed to and sworn before me this ⎽⎽⎽ day of March, 2021 2022

Notary Public ⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽

My Commission Expires My Commission Expires 02/22/2023

