# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| **DENISE K. MCCAFFERREY,** | ) |
| **Plaintiff,** | ) |
| v. | ) Case No.: 5:22-cv-0764-LCB |
| **MAPLEBEAR, INC., d/b/a INSTACART,** | ) |
| **Defendant.** | ) |

## ORDER

The Plaintiff filed this complaint on June 16, 2022, accompanied by a $50.00 partial filing fee. (Doc. 1). On June 23, 2022, the Magistrate Judge to whom the case was assigned ordered the Plaintiff to either pay the full filing fee or submit a motion for leave to proceed *in forma pauperis* within 21 days. (Doc. 3). The case was reassigned to the undersigned on July 22, 2022. (Doc. 5). As of the date of this order, the Plaintiff has not complied with the Court's order. Accordingly, the Court hereby **ORDERS** that this case be **DISMISSED WITHOUT PREJUDICE** for the Plaintiff's failure to prosecute. The Clerk is **DIRECTED** to close this case.

**DONE** and **ORDERED** August 1, 2022.

_____
**LILES C. BURKE**
UNITED STATES DISTRICT JUDGE