FILED
2022 Aug-05 AM 11:11
U.S. DISTRICT COURT
N.D. OF ALABAMA

Denise K. McCafferrey
16560 Hampton Lane
Athens, AL 35611

FILED
2022 AUG -5 A 11: 02
U.S. DISTRICT COURT
N.D. OF ALABAMA

The Honorable Liles C. Burke
United States District Court
101 Holmes Avenue
Huntsville, AL 35801

July 28, 2022

Dear Judge Burke,

My name is Denise McCafferrey and I am supposed to have a case that is coming before you but do not know when. The case number is 5:22-cv-764-LCB. Please be advised that I am disabled and cannot walk very well. I request accommodations and suggest the annex building at 100 South Clinton Street, Athens. This is Judge Charles C. Woodroof's courtroom.

Thank you very much for your time and consideration,

*Denise K. McCafferrey*

Denise K. McCafferrey