## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## NORTHEASTERN DIVISION

| | | |
|---|---|---|
| **DENISE K. MCCAFFERREY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No.: 5:22-cv-0764-LCB** |
| | ) | |
| **MAPLEBEAR, INC., d/b/a** | ) | |
| **INSTACART,** | ) | |
| | ) | |
| **Defendant.** | | |

## <u>ORDER</u>

On August 1, 2022, the Court dismissed the plaintiff's *pro se* complaint based on her failure to pay the full filing fee or apply to proceed *in forma pauperis*. (Doc. 9). On August 10, 2022, the plaintiff filed a letter that was docketed as a response to the dismissal order. (Doc. 12). In her letter, the plaintiff expressed confusion about the dismissal of her case and cited to several provisions of Alabama law regarding filing fees in state court. Given her citations, the plaintiff appears to believe that she has filed this action in state court. This is further bolstered by another letter that was filed on August 5, 2022, in which the plaintiff stated that she was disabled and requested to have any hearings held in a Limestone County courthouse, specifically, Judge Charles C. Woodruff's courtroom. (Doc. 11).

The plaintiff is advised that this is a federal court, not a state court. Thus, the Alabama Code sections she cited in her letter of August 5th are not applicable here. The plaintiff also appears to believe that applications to proceed *in forma pauperis* are reserved only for incarcerated individuals. However, that is incorrect. *In forma pauperis* applications may be filed by any civil litigant who believes she is unable to afford the full filing fee of $402 that is required to initiate a new civil action.

The Court treats the plaintiff's letter of August 5th as a motion to reconsider and **DENIES** the motion. The case remains closed. Should the plaintiff wish to initiate a new action, she should file a new complaint accompanied by the full filing fee or an application to proceed *in forma pauperis*. The Court would strongly suggest that the plaintiff seek legal counsel in this matter to avoid further confusion.

**DONE** and **ORDERED** August 11, 2022.

**LILES C. BURKE**
UNITED STATES DISTRICT JUDGE